IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF  PUERTO RICO

IN RE:

LORENZO ALBERTO ORTIZ SANTOS

CASE        09-06619-SEK

CHAPTER 13

DEBTOR(S)

**TRUSTEE'S REPORT ON CONFIRMATION**

1. A meeting of creditors pursuant to Section 341 was held on **September 16, 2009**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE:  October 08, 2009        PLAN BASE: $30,594.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/23/2009

[X] FAVORABLE                          [ ] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b) :

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
AS TO SCMI LINE 24B SHOULD REFLECT $120 DEDUCTION, INSTEAD OF $288 AND  LINE 50 SHOULD
INCLUDE TRUSTEE EXPENSE OF $49.02, AND LINE 59 SHOULD BE $363.98.   SINCE PLAN COMPLIES WITH
SCMI'S UNSECURED POOL ASSESSED BY TRUSTEE, FAV. REPORT IS BEING ISSUED.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of  which has been served upon counsel for  debtor(s). Copies
       are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta

Atty Fee:$3,000.00 /$526.00/$2,474.00

Atty:  JUAN O CALDERON

Miriam Salwen Acosta
USDC # 208910
  For:
  **ALEJANDRO OLIVERAS RIVERA**
  Chapter 13 Trustee
  PO Box 9024062, Old San Juan Station
  San Juan PR 00902-4062