## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

In the Matter of:

**LORENZO ALBERTO ORTIZ SANTOS**

Debtor(s)

Case No. **09-06619-SEK**

Chapter 13

## DEBTORS' NOTICE TO OPPOSE DISMISSAL AND CONVERT CASE TO CHAPTER 7

**TO THE HONORABLE COURT:**

The undersigned, attorney for the above-named debtor(s), notifies the Court as follows,

1. The debtor(s) pursuant to 11 U.S.C. §1307(a), hereby elect(s) to convert the above captioned case to a case under chapter 7 of the Bankruptcy Code.

2. The debtor(s) is/are entitled to convert his/her/their case because:

   a. This case filed on August 12, 2009 and confirmed on October 29, 2009, is a case under chapter 13 of the Bankruptcy Code.

   b. The debtor(s)s is/are eligible to be debtor(s) under chapter 7 of the Bankruptcy Code

### ADDITIONAL NOTICE

Within twenty (20) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**Unless a party in interest objects to the conversion of this case within twenty (20) days from the date of this notice, the case may be converted without a hearing.**

   c. **With the present motion to convert, motion by trustee requesting dismissal becomes moot.**

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and enter an order accordingly.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been filed with th Clerk of the Court by CM/ECF which will send notification of such filing to chapter 13 trustee and all other participants in electronic notifications. Non-participant has been served with a copy of the motion using the US regular mail, as per Master Address List.

In Vega Baja, Puerto Rico, on this February 19, 2011.

s/ Juan O. Calderon-Lithgow
**JUAN O. CALDERON LITHGOW**
**ATTORNEY FOR DEBTOR, 205607**
**P.O. BOX 1710**
**VEGA BAJA, PR 00694-1710**
**TEL.: 787-858-5476**
Email- caldlithlaw@gmail.com

LORENZO ALBERTO ORTIZ SANTOS
PMB 386 PO BOX 7004
VEGA BAJA, PR 00694-7004

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

DEPTO. DE HACIENDA
SECC CERTIFICACION
BOX 4515, OFIC 405
SAN JUAN, PR 00936

FEDERAL LITIGATION DIV.
DEPT. OF JUSTICE
PO BOX 192
SAN JUAN, PR 00902

AT&T MOBILITY
P.O. BOX 15067
SAN JUAN, PR 00902-8567

CITIFINANCIAL
P.O. BOX 71328
SAN JUAN, PR 00936-8428

COMMOLOCO
PO BOX 3108
MANATI, PR 00701

COOP A/C MANATI
PO BOX 562
MANATI, PR 00674

COOP A/C MANATI
PO BOX 562
MANATI, PR 00674

COOP A/C VEGABAJEÑA
PO BOX 4622
VEGA BAJA, PR 00694

FINGERHUT
P.O. BOX 166
NEWARK, NJ 07101-0166

FIRST BANK
PO BOX 15726
WILMINGTON, DE 19886-5726

FIRST PREMIER BANK
UNITED TRUST
PO BOX 5519
SIOUX FALLS, SD 57117-5519

FIRST PREMIER BANK
UNITED TRUST
PO BOX 5519
SIOUX FALLS, SD 57117-5519

FIRST REVENUE ASSURANCE
PO BOX 3020
ALBUQUERQUE, NM 87190-3020

JUAN A. GONZALEZ CLAUDIO
A-11 CALLE PEDRO CRESPO
EXT CATONI
VEGA BAJA, PR 00693

MONEY EXPRESS
PO BOX 11867
FERNANDEZ JUNCOS STA
SAN JUAN, PR 00910-3867

SAMS CLUB
PO BOX 530942
ATLANTA, GA 30353-0942

TEAM COLLECTION SERVICE
ACC: MONEY EXPRESS
PMB 420 PO BOX 6022
CAROLINA, PR 00984-6022

TOYOTA CREDIT
PO BOX 366251
SAN JUAN, PR 00936-6251

WORLDWIDE PREFERRED
PO BOX 3247
GREAT FALLS, MT 59403