IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

LORENZO ALBERTO ORTIZ SANTOS

XXX-XX-4578

Debtor(s)

CASE NO. 09-06619 SEK

Chapter 13

FILED & ENTERED ON 3/17/2011

## ORDER

Debtor's Motion to convert Chapter 13 case to a case under Chapter 7 filed on 2/22/2011 (Docket No. 33) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this March 17, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
JUAN O CALDERON LITHGOW
ALEJANDRO OLIVERAS RIVERA