## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. **09-06619 SEK** |
|---|---|
| **LORENZO A. ORTIZ SANTOS** | CHAPTER 07 |
| DEBTOR(S) | |

### NOTICE SCHEDULING MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors pursuant 11 U.S.C. Section 341(a) in above referenced cases will be held on:

**DATE:** May 12, 2011

**HOUR:** 1:30 p.m.

**TRUSTEE:** **WILFREDO SEGARRA MIRANDA**

**LOCATION:** Ochoa Building, Tanca Street Corner of Comercio St., First Floor, Old San Juan, Puerto Rico. The entrance to this building is through Comercio St.

In San Juan, Puerto Rico, this April 12, 2011.

I HEREBY CERTIFY: I hereby certify a copy of the following was filed electronically through CM/ECF and therefore electronically notified.

/S/Wilfredo Segarra Miranda_____
**WILFREDO SEGARRA MIRANDA**
TRUSTEE
BAR NUMBER: 126705
P.O. BOX 9023385
SAN JUAN, P.R. 00902-3385
TEL. 787-725-6160 // FAX: 787-977-2288