**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: <br><br> **LORENZO ALBERTO ORTIZ SANTOS** <br><br><br> DEBTOR(S) | CASE NO.: **09-06619** <br> JUDGE: **SEK** <br><br><br> (CHAPTER 7) |
|---|---|

**TRUSTEE'S REPORT AFTER MEETING OF CREDITORS**

    Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on June 1, 2011. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes _____ No ___.      **Tape No**. _____ Side _____
**Exemptions as claimed in Schedule C allowed.** Yes _____ No _____      **From** _____
**Creditor(s) Present** Yes _____ No ___.      **Attorney's Information**
    Present with Debtor(s) was
_____ Attorney of Record
_____ Other: _____
_____ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
____ A, ____ B, ____ C, ____ D, ____ E, ____ I & J, ____ Other _____
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
____ Documents on Real Property      ____ Documents on Vehicle
    (Appraisal, Title Search, Mortgage Balance)

**Trustee further requests that:**
____ Case be closed as no-asset as of the date of §341(a) meeting.      ____ Upon receipt of documents.
____ Case be held open for potential asset recovery.
**X** Case be RESET the §341(a) Meeting
    **X** On the **6** day of **June**, 2011 at **10:30 a.m.**
    ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
        ____ Debtor(s) failed to appear.
        ____ Attorney for Debtor(s) failed to appear.
        ____ Further testimony or material is needed.

____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
____ Description of estate assets.
____ Failure of _____ Debtor(s) _____ Counsel to appear at:
    _____ initial _____ subsequent creditor meetings.

Dated: June 1, 2011                                          /s/ Wilfredo Segarra Miranda
                                                                                WILFREDO-SEGARRA-MIRANDA,
                                                                                Trustee